Angel L. Martinez Colón MD
Bo. Islote II Casa 438
Arecibo, P.R. 00612

Oct 8/2021

21-cv-1491 (JAG)

Plaintiff discussion of case

Graduated from San Juan Bautista of Medicine in 1984. I did a residence of Pediatric in Flushing Hospital Medical center in New York, NY city and ended in Mayaguez Medical center 1993. Both medical residence was accredited by The American Council of Medical education (ACCME). Because I was graduated from a U.S. no-accredit medical school and cannot apply for Board certification in Pediatric. In 1998 I obtain Medical licensure of Michigan. Without Board certification was imposible to get a Job at Michigan or any the State including Veteran administration. In 2007 my medical school was finally accredited by U.S. and I decided to apply for board certification in 2013. 2 day before test a letter of denial was received. After Hurricane Maria in 2018 (sept) in a conversation with peer of same medical school and year. They took Pediatric board in 2013. Soon after knowing than I contacted American Board of Pediatric questioning it decision after a web research I discover than a least 2 medical student from same year was board certified and working in the U.S.

- continued -

Angel L. MARTINEZ M.D.  Oct 8, 2021

When Suzanne K. Wood MD executive Vice President of the American Board of Pediatric she wrote saying and denying Dr. Pino and Dr. Torres board even she wrote was not found in it Database. Soon after than I send a copy of Board certification of Dr. Pino and Dr. Torres. Then she found those Dr. in it Data base but explaint that this was done in a case by case basic and Blame me for not applying during this time period. Because of that I lost the opportunity to work in U.S. in which I have a Michigan license making 1/3 of money of the states. I was not allowed to grow as a professional such make another specialty. My son which is a autistic (severe) not received proper care in Michigan and now is mentally retarded non functional adult.

Thanks

Angel L. Martinez M.D.
Bo. Islote II
Casa 438
Arecibo, P.R. 00612